F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02736-BNB

WILLARD ARTHUR

    Applicant,

v.

CORRECTIONS CORPORATION OF AMERICA, d/b/a KIT CARSON CORR.
    CENTER, and
WARDEN/TRUSTEE CHAPMAN,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Willard Arthur, is in the custody of the Colorado Department of Corrections and is incarcerated currently at the Kit Carson Correctional Center in Burlington, Colorado. Mr. Arthur initiated this action *pro se* by filing a "Motion for Removal from State to Federal Jurisdiction," "Notice of Appeal," "Designation of Record," "Motion to Proceed Without Payment," "Motion in Support of Issuance of Subpoena Duces Tecum," and "Subpoena Duces Tecum."

In a November 15, 2010 Order, Magistrate Judge Boyd N. Boland directed Mr. Arthur to cure certain enumerated deficiencies in the case within thirty (30) days. Applicant was ordered to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form, and to submit a certificate showing the current balance in his prison trust fund account, or to pay the $5.00 filing fee required in a habeas corpus action. Mr. Arthur was also directed to submit an application for

habeas corpus relief on the court-approved form. The November 15 Order warned Mr. Arthur that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Arthur has not submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or a certificate showing the current balance in his prison account. He has also failed to pay the $5.00 filing fee. Mr. Arthur has also failed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Applicant has not filed any documents with the Court to attempt to comply with the November 15 Order.

Mr. Arthur filed a "Motion to Object" on November 22, 2010 [Doc. No. 6], in which he argues that he submitted "a six-month account statement." However, Mr. Arthur was on notice as of November 15 that the court had not received an account statement from him. He was thereafter obligated to submit one to the court, but he failed to do so. Applicant also argued that his claims arise under 28 U.S.C. § 2241, not 28 U.S.C. § 2254. This assertion is belied by his filings, which, although largely unintelligible, appear to attack the jurisdiction of the state courts to convict and sentence him. As such, Applicant's claims arise under 28 U.S.C. § 2254. *See McIntosh v. United States Parole Comm'n*, 115 F.3d 809, 811 (10th Cir. 1997). Mr. Arthur is free to pursue his claims in a new civil action if he disagrees. For the present action, Mr. Arthur has failed to cure <u>any</u> of the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b)

of the Federal Rules of Civil Procedure for the failure of Applicant Willard Arthur, to comply with the order to cure dated November 15, 2010. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 5th day of January, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02736-BNB

Willard Arthur
Prisoner No. 104631
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/6/11

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk